# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CARLOS DIAZ, Sr. CDCR #F-45125,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br><br>CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, et al.,<br><br>　　　　　　　　　　Defendants. | Consolidated Civil Case No. 16cv2244 DMS (BGS)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION, (2) DENYING MOTION TO DISMISS, (3) GRANTING IN PART AND DENYING IN PART MOTION TO AMEND AND (4) DENYING MOTION FOR SUMMARY JUDGMENT** |

　　　　On August 31, 2016, Plaintiff Ronald Carlos Diaz, Sr., a state prisoner proceeding pro se, filed a Complaint Under the Civil Rights Act 42 U.S.C. § 1983. Plaintiff alleges his constitutional rights were violated while he was housed at Richard J. Donovan Correctional Facility.

　　　　On November 2, 2016, the Court dismissed Plaintiff's claims against certain Defendants. Thereafter, Plaintiff filed a motion to amend his Complaint, and the remaining Defendant Dr. F. Sidighi filed a motion to dismiss. Plaintiff has also filed a number of other miscellaneous motions, including a motion for summary judgment.

　　　　On August 10, 2017, Magistrate Judge Bernard G. Skomal issued a Report and Recommendation ("R&R") on the various pending motions, recommending that the motion to amend be granted in part and denied in part, the motion to dismiss be denied

and the motion for summary judgment also be denied. No party has filed objections to the R&R, and the time for doing so has expired.

This Court, having reviewed de novo the Magistrate Judge's R&R, adopts the R&R in its entirety. Plaintiff's motion for leave to amend is granted as to Defendant Newton and denied as to Defendant Laxamanna. Defendant Sidighi's motion to dismiss is denied, and Plaintiff's motion for summary judgment is also denied.

**IT IS SO ORDERED**.

DATED: September 12, 2017

_____
HON. DANA M. SABRAW
United States District Judge