# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CARLOS DIAZ, Sr. CDCR #F-45125,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, et al.,<br><br>Defendants. | Consolidated Civil Case No. 16cv2244 DMS (BGS)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND (2) GRANTING MOTION TO DISMISS** |

On September 28, 2017, Defendant Dr. F. Sedighi filed a motion to dismiss certain claim in Plaintiff's First Amended Complaint. Specifically, Defendant Sedighi seeks to dismiss Plaintiff's claims under the First, Fifth and Fourteenth Amendments and his state law claims. On November 2, 2017, Magistrate Judge Bernard G. Skomal issued a Report and Recommendation ("R&R") on the motion, recommending that the motion be granted. No party has filed objections to the R&R, and the time for doing so has expired.

This Court, having reviewed de novo the Magistrate Judge's R&R, adopts the R&R in its entirety. Defendant Sedighi's motion to dismiss is granted.

**IT IS SO ORDERED**.

DATED: December 28, 2017

_____
HON. DANA M. SABRAW
United States District Judge